AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KATHY REAVES; TIESHA DANIELLE EVANS; and
DMITRI A. REAVES

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV124-65

DAVID LEVERT KYLER, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pusuant to the Order dated July 16, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion; therefore, the Court Overrules the objection and dismisses this case without prejudice.  This case stands closed.



| 7/16/24 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020